IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-CR-10028 |
| | ) |
| ROSHAUN TERRY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On motion of the government, the violations alleged in the Petition for Warrant or Summons for Offender under Supervision filed herein on April 4, 2025 are dismissed.

Entered this ___23rd___ day of June, 2025.

                                              s/ Jonathan E. Hawley
                                              _____
                                              Jonathan E. Hawley
                                              United States District Judge